

# ELECTRONIC RECORD

COA # 14-13-00920-CR

STYLE: Ronnie Hoyt Royston v The State of Texas

COA DISPOSITION: Affirmed

DATE: June 18, 2015  Publish: No

OFFENSE: Misc.

COUNTY: Harris

TRIAL COURT: 178th District Court

TC CASE #:1354573

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Ronnie Hoyt Royston v The State of Texas

CCA # _____

_____PRO SE_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

____Refused____

DATE: *Nov. 11, 2015*

JUDGE: *Pc*

CCA Disposition: **914-15**

DATE: _____

JUDGE: _____

SIGNED: _____  PC: _____

PUBLISH: _____  , DNP: _____

-------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**